UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIZABETH HALPER-ASEFI; MARY CONOBOY; NESTOR MONTE, JR.<br><br>*on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>MADONNA LOUISE CICCONE; LINCOLN HOLDINGS, LLC D/B/A MONUMENTAL SPORTS & ENTERTAINMENT<br><br>Defendants. | Case No. 1:24-cv-01118-RC |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Elizabeth Halper-Asefi, Mary Conoboy and Nestor Monte, Jr. ("Plaintiffs"), by and through their undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby give notice of voluntary dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: December 19, 2024

Respectfully submitted,

MARCUS W. CORWIN, P.A.
D/B/A CORWIN LAW
*Counsel for the Plaintiffs*
6501 Congress Avenue, Suite 100
Boca Raton, Florida 33487
561.482.3636 – Telephone
561.962.2010 – Direct Dial
Email: mcorwin@corwinlawfirm.com

By: */s/ Marcus W. Corwin*
      Marcus W. Corwin, Esq.
      FBN 764647